**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 408.535.5363 |

Jan 28, 2015

**Clerk of the Court**
**U.S. District Court of the Southern California**
4290 Edward J. Schwartz US Courthouse
880 Front Street,
San Diego, CA 92101-8900

Case Name:         **USA-v-Damian Noriega**
Case Number:    **5-15-70086-MAG    (Your Case#95 CR-02205-JM)**
Charges:               **Supervised Release Violation**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Nathanael Cousins. The following action has been taken:

( x )    The U.S. Marshal has been ordered to remove this defendant
           to your district forthwith.
(   )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
Waiver
certified copy of *Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____/s/ Cita F. Escalano_____
           Case Systems Administrator

Enclosures
cc: Financial Office

-----------------------------------------------------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____        **CLERK, U.S. DISTRICT COURT**

                                                                                     **By** _____
                                                                                           **Deputy Clerk**